E-FILED: 1/6/11

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adriana Johnston,<br><br>    Plaintiff,<br><br>    v.<br><br>City of Santa Monica, et al.,<br><br>    Defendants. | CASE NO. CV 09-5796-GHK (Ex)<br><br>**JUDGMENT** |

    Based on our November 2, 2010 and December 14, 2010 Orders, **IT IS HEREBY ADJUDGED** that all claims against Defendant City of Santa Monica are **DISMISSED with prejudice**.

    Based on our January 6, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims against Defendants Timothy J. Jackman, Carol Larson, and Judith Kinnart are **DISMISSED without prejudice**.

    **IT IS SO ORDERED**.

DATED: January 6, 2011

                                                                      GEORGE H. KING<br>                                                      United States District Judge